# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 OCT 15 P 1: 20
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Danny Woodrow James

1303 Union Ave

Sheboygan WI 53081

v.

(Full name of defendant(s))

Mc Donalds

2425 S. Business Drive

Sheboygan WI 53081.

Case Number:

**18-C-1632**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

   1303 Union Ave Sheboygan WI 53081
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Mc Donalds__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __WISCONSIN__
(State, if known)

and (if a person) resides at __2425 S. BUSINESS DRIVE SHEBOYGAN WI 53081__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __McDonalds 2425 S. Business Drive Sheboygan WI 53081__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

THE PLAINTIFF DANNY JAMES WORKED FOR McDONALDS A HAMBURGER RESTURANT AT IT'S SHEBOYGAN, WI LOCATION ON SOUTH BUSINESS DRIVE FROM 7/10/16 TO 1/27/17. ON 1/27/17 I DANNY JAMES WENT TO McDONALDS ON SOUTH BUSINESS DRIVE IN SHEBOYGAN AND TURNED MY UNIFORMS IN TO THE MANAGER ON DUTY AND LET MANAGEMENT KNOW THAT I WAS QUITTING DUE TO THE RACISIM, CONSTANT HARASSMENT ON A DAILY BASIS, AND THE PHYSICAL ABUSE, THAT MANAGEMENT ALLOWED TO CONTINUE WITHOUT DOING ANYTHING TO PROTECT ME OR

RESOLVE ANY OF THE ISSUES THAT I REPORTED TO MANAGEMENT. I REPORTED THE INCIDENTS TO MCDONALDS STORE MANAGER FAYE, THE ASSISTANT STORE MANAGER DERRICK, ALSO TO THE REGIONAL MANAGER HEATHER, TO MY IMMEDIATE SUPERVISOR ANN, TO THE H.R. DEPARTMENT MIKE WENDORF, THEN ULTIMATELY TO THE ASSISTANT TO THE OWNER. NOTHING WAS DONE TO HELP ME OVER THIS PERIOR FROM 7/20/16 to 1/27/17 ALL THE WHILE HAVING THIS HARASSMENT CONTINUE ON A DAILY BASIS. THEN ON OR ABOUT 1/23/17 IT ELEVATED TO PHYSICAL ABUSE, WHEN I INSTRUCTED PEGGY THE EMPLOYEE THAT HAS BEEN HARASSING ME, TO CLEAN UP HER WORK AREA AND PUT THE CHEESE AWAY THAT SHE HAD BEEN USING. SHE STARTED YELLING ACROSS THE RESTURANT, AND REFUSED TO CLEAN AND PUT THE CHEESE AWAY. AT THAT TIME ANN THE SUPERVISOR CAME TO THE BACK AND ASKED WHAT WAS GOING ON I TOLD HER AND AT THAT MOMENT PEGGY PHYSICALLY SHOVED ME OUT OF THE WAY FROM IN FRONT OF THE COOLER. ANN

NEVER REPRIMANDED Peggy FOR SHOVING ME OR TALKING BACK, OR FOR ANY DISRESPECT OF AN EMPLOYEE TALKING TO AN ASSTISTANT MANAGER IN THAT WAY WHILE OTHER EMPLOYEES WERE WATCHING. ALSO THIS SAME EMPLOYEE MADE THE STATEMENT THAT SHE WAS AN ADVOCATE FOR HITLER. I WAS STANDING NOT MORE THAN 4 TO 5 FEET AWAY FROM HER WHEN SHE SAID IT. ALSO ANOTHER EMPLOYEE NAMED BEN WAS WORKING IN THE SAME AREA AND HEARD HER SAY IT. THAT WAS VERY UPSETTING TO ME, I WAS HURT BY HAVING TO HEAR STATEMENTS LIKE THAT, AND ALSO I WAS SUBJECTED TO RACIAL SLURS WHILE WORKING MY SHIFTS. I TOOK THESE COMPLAINTS, AND INCIDENTS TO MY MANAGERS, STORE MANAGERS, AND REGIONAL MANAGERS STILL OVER MONTHS AND MONTHS TIME NOTHING WAS DONE TO HELP ME. I STATED DURING THIS TIME THAT I WAS BEING HARASSED BECAUSE OF MY RACE AS BEING A BLACK MAN IN A MANAGEMENT POSITION. I REPORTED THAT TO DERRICK, FAYE, HEATHER THE STORE MANAGERS, AND THE REGIONAL MANAGER.

④

I CALLED MIKE WENDORF THE H.R. MANAGER ON 1/26/17 AND INFORMED HIM THAT I WAS TURNING IN MY UNIFORMS. I GAVE HIM EXAMPLES OF WHAT HAPPENED TO ME, HE TOLD ME HE APPRECIATED THE FEED BACK AND THANKED ME AND THAT WAS THAT FOR OUR CONVERSATION AND ENDED THE CALL. MIKE WENDORF ALSO STATED IN HIS EMPLOYER STATEMENT OF THE U.I. CLAIM INVESTIGATION-(EMPLOYER STATEMENT), "I DID FIND THAT HE DID NOT BRING IT UP TO DERRICK, OR HEATHER THE DM, OR ANYONE ELSE UNTIL THE DAY THAT HE QUIT." I AM INCLUDING THE PAPER WORK THAT SHOWS I CONTINUEALLY COMPLAIND TO MANAGEMENT ABOUT THESE INCIDENTS. I GAVE MCDONALDS EVERY OPPORTUNITY TO TAKE ACTIONS ON THESE INCIDENTS. I WAS WORKING WITH THE D.V.R. OF SHEBOYGAN AND COMPLAINED ABOUT THESE INCIDENTS AT MCDONALDS I AM INCLUDING THAT PAPERWORK ALSO, THERE IS A STATEMENT FROM BEN AN EMPLOYEE I AM INCLUDING ALSO IN THIS PACKET. THERE IS ALSO A STATEMENT FROM ANOTHER EMPLOYEE THAT SUPPORTS MY CLAIM THAT PEGGY WAS

⑤

DISRESPECTFULL TO ME AS AN Employee, HE IS AFRAID TO GIVE HIS NAME DUE TO RISK OF LOSING HIS JOB. I WILL INCLUDE STATEMENTS OF MANAGEMENT ACKNOWLEDGEING THAT I WAS REPORTING INCIDENTS OVER PERIODS OF TIME, BUT I GOT NO HELP FROM MCDONALDS MANAGEMENT, FROM THE ABUSE PHYSICALLY OR THE HARASSMENT WHILE WORKING THERE. PLEASE LOOK INTO THIS.

Danny James

10/12/18

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I WOULD LIKE TO HAVE FINANCIAL COMPENSATION FOR THE WAY I WAS TREATED, FOR THE HARASSMENT I HAD TO ENDURE, FOR THE VERBAL AND PHYSICAL ABUSE THAT I SUFFERED ON A DAILY BASIS, ALSO FOR THE LACK OF SUPPORT FROM MANAGEMENT. ALSO FOR LOST WAGES THAT I WAS EARNING by BEING FORCED INTO QUITTING FROM LACK OF SUPPORT TO CONTINUE TO WORK WITHOUT BEING HARASSED AND ABUSED BY AN EMPLOYEE. ALSO THE LIES ABOUT ME BEING RUDE AND NOT BEING ABLE TO BE TRAINED BY EMPLOYEES, THEN WHY WAS I PROMOTED TO THE MANAGER TRAINING PROGRAM? THAT I WAS HIRED AS AN MANAGER IN JULY OF 2016. ALSO ATTACKING MY CHARACTER

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __12__ day of __OCTOBER__ 20_18_.

Respectfully Submitted,

_Danny James_
Signature of Plaintiff

_920-226-4974_
Plaintiff's Telephone Number

_DannyJames63.DJ@Gmail.com_
Plaintiff's Email Address

_1303 Union Ave_

_Sheboygan WI 53081_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.