UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**DANNY WOODROW JAMES,**

   Plaintiff,             **CASE NO. 18CV1632**

v.

**MCDONALD'S CORP.** and
**STKJR III LLC,**

   Defendants.

**DEFENDANT STKJR III, LLC'S AGREED MOTION REQUESTING SETTLEMENT CONFERENCE & TO EXTEND ITS DEADLINE TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

  NOW COMES Defendant, STKJR III LLC ("STKJR"), by and through its attorneys, LaPointe Law, P.C., by Attorney Susan M. Troester, and hereby moves the court for an order scheduling a settlement conference and extending the deadline for STKJR to file its answer or other responsive pleading. In support of its motion, STKJR states:

  1.  This is its first request for an extension of time to file its answer or other responsive pleading in this matter.

  2.  The Plaintiff filed an Amended Complaint on November 30, 2018 adding STKJR as a Defendant.

  3.  Plaintiff served his Amended Complaint on STKJR on March 20, 2019.

  4.  STKJR has communicated with Plaintiff on several occasions regarding the possibility of reaching an early resolution to his claims. Toward that end, parties have agreed that a settlement conference, conducted by the Court, would be beneficial. Accordingly, STKJR and Plaintiff respectfully request that this Court schedule a settlement conference.

5. STKJR requests the Court extend its deadline to answer or otherwise plead in response to the First Amended Complaint until 21 days after the conclusion of the settlement conference, if parties are unable to reach a resolution.

6. STKJR conferred with Plaintiff and counsel for McDonald's regarding its request for an extension. Both agreed to STKJR's request.

7. STKJR does not bring its motion for the purpose of delay and believes no party will be prejudiced by the proposed brief extension of time to answer, pending the outcome of a settlement conference.

WHEREFORE, Defendant STKJR respectfully requests that the Court schedule a settlement conference and extend the time for it to file its answer or other responsive pleading to 21 days following the date of parties' settlement conference.

Dated: April 10, 2019

Respectfully submitted,
**STKJR III, LLLC**

By:   s/Susan M. Troester
    Its Attorney

Susan M. Troester (IL BAR #6238264)
LaPointe Law, P.C.
1200 Shermer Road, Suite 310
Northbrook, Illinois 60062
Telephone: 847-786-2503
Facsimile: 847-786-2650

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2019, I caused a copy of the foregoing **DEFENDANT STKJR III, LLC'S AGREED MOTION REQUESTING SETTLEMENT CONFERENCE & TO EXTEND ITS DEADLINE TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to be filed electronically with the Clerk of the Court using the ECF system, a copy of which I sent to Plaintiff, via electronic and U.S. mail on April 10, 2019 before 5:00 p.m.at the address below.

    Danny Woodrow James
    1303 Union Avenue
    Sheboygan WI 53081
    dannyjames63.dj@gmail.com

                                                      s/Susan M. Troester